UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

Jeffrey Lax,

                              Plaintiff,      **NOTICE OF APPEARANCE**

      -against-

                                      16 Civ. 799 (LDH) (VMS)

The City University of New York and Stuart Suss,

                              Defendants.

------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, now assigned to represent Defendant Stuart Suss in the above-referenced action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications or other information relating to this matter be addressed to me at the address below, and that my name be placed as Lead Counsel on the Docket Sheet.

Dated:      New York, New York
              April 18, 2016

                                    **ZACHARY W. CARTER**
                                    Corporation Counsel of the
                                       City of New York
                                    Attorney for Defendants
                                    100 Church Street, Room 2-169
                                    New York, New York 10007
                                    (212) 356-2469
                                    krose@law.nyc.gov

                                By:      **/s/**
                                      Kurt Rose
                                      Assistant Corporation Counsel

cc: Corey Stark (by ECF) – attorney for Plaintiff