COREY STARK, PLLC
110 EAST 59TH STREET, 22ND FLOOR
NEW YORK, NEW YORK 10022

TELEPHONE: (212) 324-3705
FACSIMILE: (646) 219-7389
EMAIL: COREY@CSTARKLAW.COM

www.cstarklaw.com

June 12, 2020

*By ECF*

Hon. LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:    *Jeffrey Lax v. The City University of New York*, et al.
           16-cv-00799 (LDH)(VMS)

Dear Judge DeArcy Hall:

     I represent the plaintiff, Jeffrey Lax, in the above-referenced action, and I write to request that Your Honor issue a memorandum and order on Defendants' motion for summary judgment (DE 50). Summary judgment was fully briefed on August 31, 2018, which was now almost two years ago.

                                   Respectfully,

                                   COREY STARK PLLC

                                     /s/

                                   Corey Stark

cc:    Donald C. Sullivan, Esq. (*by ECF*)
        Andrew Klaben-Finegold, Esq. (by electronic mail)