

| | THE CITY OF NEW YORK | **ANDREW KLABEN-FINEGOLD** |
|---|---|---|
| **JAMES E. JOHNSON** | **LAW DEPARTMENT** | Assistant Corporation Counsel |
| *Corporation Counsel* | 100 CHURCH STREET, ROOM 2-183 | Labor and Employment Law Division |
| | NEW YORK, NY 10007 | Phone: (212) 356-2533 |
| | | aklabenf@law.nyc.gov |

June 15, 2020

**BY ECF**
Hon. LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:  Lax v. City Univ. of N.Y. et al.,
                     16 Civ. 0799 (LDH) (VMS)

Dear Judge DeArcy Hall:

       I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, assigned to represent Defendants in the above-referenced action. I write on behalf of Defendants to correct any misimpression in Plaintiff's June 12th letter to you in which he requested a memorandum and order be issued in this matter. Despite Plaintiff's assertion, Your Honor did in fact issue a brief Order via ECF notification on September 30, 2019 that was entered on October 7, 2019, granting Defendants' motion for summary judgment in its entirety.

                                                      Respectfully Submitted,

                                                           */s/*

                                                       Andrew Klaben-Finegold
                                                       Assistant Corporation Counsel

cc:      Corey S. Stark, Esq.
           Attorney for Plaintiff
           (via ECF)