UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JEFFREY LAX,

                                  Plaintiff,                16 Civ. 799 (LDH)(VMS)

                -against-

                                                  **Notice of Appeal**

THE CITY UNIVERSITY OF NEW YORK and
STUART SUSS,

                                Defendants.

-------------------------------------------------------------------X

       Notice is hereby given that Plaintiff, Jeffrey Lax, ("Plaintiff) hereby appeals to the United States Court of Appeals for the Second Circuit from the final Judgment in this action entered on October 22, 2020, (Exhibit "1"), which granted Defendants' Motion for Summary Judgment in its entirety.

Dated: New York, New York
         November 18, 2020

                                                    COREY STARK PLLC

                                                    /s/_____
                                                   By: Corey Stark (CS-3897)
                                                   *Attorneys for Plaintiff*
                                                   110 East 59th Street, 22nd Floor
                                                   New York, New York 10022
                                                   (212) 324-3705

Exhibit "1"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JEFFREY LAX,                                               JUDGMENT
                                                                                                       16-CV-799 (LDH) (VMS)

          Plaintiff,

     v.

THE CITY UNIVERSITY OF NEW YORK
AND STUART SUSS,

          Defendants.
---------------------------------------------------------------X

        A Memorandum and Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on October 21 2020, granting Defendants' motion for summary judgment in its entirety; dismissing Plaintiff's claims asserted under federal law with prejudice; and dismissing Plaintiff's state and city law claims without prejudice; it is

        ORDERED and ADJUDGED that Defendants' motion for summary judgment is granted in its entirety; that Plaintiff's claims asserted under federal law are dismissed with prejudice; and that Plaintiff's state and city law claims are dismissed without prejudice.

Dated: Brooklyn, New York                                    Douglas C. Palmer
        October 22, 2020                                      Clerk of Court

                                                          By:     */s/Jalitza Poveda*
                                                                     Deputy Clerk